Dan H. Cooper, Bar No. 004900
Law Office of Dan Cooper
177 N. Church Avenue, Suite 601
Tucson, AZ 85701
(520) 367-5442
dan@cooperlaw.me

Amy Krauss, Bar No: 013916
P.O. Box 65126
Tucson, AZ 85728
(520)400-6170
abkrauss@comcast.net

Attorneys for Abdi Yemani Hussein

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR-19-02162- JGZ-EJM-2 |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT HUSSEIN'S** |
| | ) **TRIAL BRIEF** |
| Abdi Yemani Hussein, | ) |
| Defendant. | ) |

Abdi Hussein, through counsel, hereby files the Trial Brief required by the Court's October 23, 2023, Pretrial Scheduling Order. (Doc. 320).

Mr. Hussein is not asserting an affirmative defense. Instead, he will rely on the failure of the government to prove beyond a reasonable doubt each element of the crimes alleged, including Mr. Hussein's *mens rea*.

With respect to anticipated evidentiary disputes, those have been addressed in the motions in limine filed in this matter. However, Mr. Hussein reserves the right to object to the government's presentation of evidence based on any appropriate basis, including

whether statements of defendant Mohamed properly fall under the co-conspirator hearsay exception. *See* Fed.R.Evid. 801(d)(2)(E).

       RESPECTFULLY SUBMITTED this 18th day of March, 2024.

                                      By  s/ *Dan H. Cooper*
                                          Dan H. Cooper

                                      By: s/ *Amy B. Krauss*
                                          Amy Krauss

**CERTIFICATE OF SERVICE**

     This document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing, which provided service to all registered case participants.