IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Ahmed Mahad Mohamed and<br>Abdi Yemani Hussein,<br><br>　　　　　Defendants. | CR 19-02162-TUC-JGZ (EJM)<br><br>FINAL ORDER OF FORFEITURE |

　　　WHEREAS, on August 26, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the plea agreements entered into by the defendants, ordering the defendants to forfeit $10,002 in U.S. currency; and

　　　WHEREAS, consecutively from August 27, 2024, through September 25, 2024, notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (*www.forfeiture.gov*) and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the court within sixty (60) days from the first date of publication, for a hearing to adjudicate the validity of their alleged legal interest in the property; and

　　　WHEREAS, no timely claim has been filed; and

　　　WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), all right, title and interest in $10,002 in U.S. currency is hereby forfeited to and vested in the United States and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DATED this 10th day of January, 2025.

Jennifer G. Zipps
United States Chief District Judge

*United States of America v. Ahmed Mahad Mohamed, et al.*
*Final Order of Forfeiture – Page 2 of 2*